JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUFFIELD MARINE, INC., a California corporation,<br><br>Plaintiff<br><br>v.<br><br>DUFFY BOAT RENTALS LONG BEACH aka ANCHORS AWAY BOAT RENTALS, a business of unknown form; NYE J. OHRBERG, an individual, LEAH KOPONEN aka LEAH KOPONEN OHRBERG, an individual, AMERICA'S PROMOTIONS NETWORK, INC., a California corporation, and DOES 1-50, inclusive.<br><br>Defendants. | Case No.: 8:18-cv-00604-JLS-JDE<br><br>District Judge: Josephine L. Staton<br>Magistrate Judge: John D. Early<br><br>ORDER ON STIPULATION OF DISMISSAL AND STIPULATION OF ENTRY OF JUDGMENT IN THE EVENT OF DEFENDANT DEFAULT ON SETTLEMENT AGREEMENT |

IT IS HEREBY ORDERED: Based on the Stipulation of Dismissal and Stipulation of Entry of Judgment in the Event of Defendant Default on Settlement Agreement, this action is dismissed in its entirety, subject to this Court's retention of jurisdiction to enforce the parties' settlement.

IT IS HEREBY ORDERED.

Dated: December 21, 2018

_____

Hon. Josephine L. Staton
UNITED STATES DISTRICT JUDGE