UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

DUFFIELD MARINE, INC., a California corporation,

Plaintiff

v.

DUFFY BOAT RENTALS LONG BEACH aka ANCHORS AWAY BOAT RENTALS, a business of unknown form; NYE J. OHRBERG, an individual, LEAH KOPONEN aka LEAH KOPONEN OHRBERG, an individual, AMERICA'S PROMOTIONS NETWORK, INC., a California corporation, and DOES 1-50, inclusive.

Defendants.

Case No.: 8:18-cv-00604-JLS-JDE

**JUDGMENT**

Plaintiff, Duffield Marine, Inc., having filed a complaint demanding a preliminary and permanent injunction and other relief, and Defendants having entered into a settlement agreement and stipulation with Plaintiff and Defendants having later defaulted on the settlement agreement and stipulation, it is hereby ORDERED, ADJUDGED AND DECREED THAT Defendants and their agents, servants, employees, attorneys, successors and assigns and all other persons in active concert and privity with them be preliminarily and permanently enjoined as follows:

(1) Defendants are hereby enjoined from using “Duffy” or any other name or mark confusingly similar to "Duffy" in connection with the advertising, promotion, rental or sale of electric boats or any other business in the United States, except as a description of the brand of electric boat rented or used as the key word “Duffy Boat Rentals Long Beach” in its online marketing.

(2) Defendants are hereby enjoined from holding themselves out as the owner of, or otherwise authorized to use, the name and mark "Duffy" in connection with the sale or rental of electric boats or any other business except as a description of the brand of electric boat rented or used as the key word “Duffy Boat Rentals Long Beach” in its online marketing.

DATED: September 23, 2026

HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE